**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS**

| | | |
|---|---|---|
| **MEMPHIS IN MAY INTERNATIONAL FESTIVAL, INC.,** *Plaintiff,* | §<br>§<br>§<br>§<br>§ | |
| **v.** | §<br>§ | **CIVIL ACTION NO.**_____ |
| **ARCH INSURANCE COMPANY and ARCH INDEMNITY INSURANCE COMPANY,** *Defendants.* | §<br>§<br>§<br>§<br>§ | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1441, Defendants Arch Insurance Company ("**Arch**") and Arch Indemnity Insurance Company ("**Arch Indemnity**") (collectively, "**Arch Entities**") hereby remove this case to this Court:

1.      Plaintiff Memphis in May International Festival, Inc. ("**Memphis in May**") commenced this action by filing its Complaint for Declaratory Relief, Breach of Contract and Other Relief (the "**Complaint**") on April 2, 2024 in the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, as Docket No. CH-24-0403-1, styled *Memphis in May International Festival, Inc. v. Arch Insurance Company and Arch Indemnity Insurance Company* (the "**State Court Lawsuit**").

2.      Both Arch Entities were served with the State Court Lawsuit Complaint through the Tennessee Department of Commerce and Insurance on April 17, 2024. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of both Arch Entities' receipt of the Complaint, through service or otherwise.

## I.   DIVERSITY OF CITIZENSHIP JURISDICTION

3.      This Court has adequate grounds for subject matter and removal jurisdiction based upon diversity of citizenship under 28 U.S.C. §§ 1441 and 1332(a). Both Arch Entities are completely diverse from Memphis in May.[1] Neither of the Arch Entities is a citizen of the State of Tennessee.  Accordingly, 28 U.S.C. § 1441(b)(2) does not apply.

4.      Memphis in May is a Tennessee corporation with its principal place of business in Memphis, Tennessee.[2] For purposes of diversity of citizenship jurisdiction, Memphis in May is a citizen of the State of Tennessee.

5.      Arch is a foreign corporation organized under Missouri law with its principal place of business located at Jersey City, New Jersey. For purposes of diversity of citizenship jurisdiction, Arch is a citizen of Missouri and New Jersey.

6.      Arch Indemnity is a foreign corporation re-domesticated under Missouri law with its principal place of business located at Jersey City, New Jersey. For purposes of diversity of citizenship jurisdiction, Arch Indemnity is a citizen of Missouri and New Jersey.

7.      The amount in controversy meets the threshold requirement in 28 U.S.C. §1332(a), as the Complaint itself indicates that Memphis in May's claims exceed $75,000. *Alinsub v. T-Mobile*, 414 F. Supp. 2d 825, 827–28 (W.D. Tenn. 2006) (amount in controversy is generally determined from complaint itself); *see also Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014) (defendant's notice of removal need only include plausible allegation that amount in controversy threshold has been met). The Complaint itself states that

---

[1] Exhibit B, *Complaint for Declaratory Relief, Breach of Contract and Other Relief*, filed April 2, 2024, 1–2.
[2] *Id.*at 1.

Memphis in May seeks a judgment that is "in no event less than the total sum of any damage that may be awarded to MRPP in the MRPP Litigation and the total sum of all costs and fees incurred by [Memphis in May] in defending itself in connection with said Litigation."[3] The MRPP Litigation Complaint states that MRPP seeks "an amount not less than $675,366.00, plus interest at the contractual rate of 9% per annum."[4]

8.      Additionally, reasonable attorneys' fees, when mandated or allowed by statute, may be included in the amount in controversy for purposes of diversity jurisdiction. *Williamson v. Aetna Life Ins. Co.*, 481 F.3d 369, 376 (6th Cir. 2007). Here, Memphis in May specifically seeks recovery of attorneys' fees under TENN. CODE ANN. 56-7-105 (2008).[5] Accordingly, it is "more likely than not" that the amount in controversy would exceed $75,000, and the nature and variety of claims alleged meet the threshold requirement for diversity jurisdiction and removal purposes. *See id.* at 377.

9.      Arch Entities join in and consent to this removal.  No other Defendants have been named or served in the State Court Lawsuit.

## II.      VENUE

10.      Under 28 U.S.C. § 1441(a), venue of the removed action is proper in this Court as the district court and division embracing the place where the State Court Lawsuit is pending (Shelby County, Tennessee).

## III.      NOTICE TO STATE COURT OF REMOVAL

11.      Arch Entities will promptly give written notice of the filing of this Notice of Removal as required by 28 U.S.C. § 1446(d) and will promptly file a copy of this Notice of

---

[3] *Id.* at 14.
[4] *Id.*, Exhibit 5, 8.
[5] *Id.* at 12–13.

Removal with the Clerk of the Court of Shelby County, Tennessee, Thirtieth Judicial District Court at Memphis, where the State Court Lawsuit is currently pending.

### IV.   DOCUMENTS IN SUPPORT OF REMOVAL

12.   The following information is attached or otherwise provided consistent with the requirements of 28 U.S.C. § 1446(a):

a)   A copy of the Civil Cover Sheet is attached as Exhibit A;

b)   A copy of the State Court Lawsuit Complaint is attached as Exhibit B;

c)   Copies of Memphis in May's First Set of Interrogatories and First Request for Production of Documents Propounded Upon Arch are attached as Exhibit C;

d)   A copy of the docket sheet from the State Court Lawsuit is attached as Exhibit D;

e)   Copies of the requested Citations and service returns in the State Court Lawsuit are attached as Exhibit E; and

f)   Corporate information for each of Arch Entities is attached as Exhibit F.

g)   Memphis in May requested a jury trial in its State Court Lawsuit.[6]

h)   Copy of Notice of Filing Removal is attached as Exhibit G.

### V.   STATE COURT LAWSUIT

12.   This action is being removed from the following court: Presiding Judge, Chancellor Melanie Taylor Jefferson of the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis, 140 Adams Avenue, Memphis, Tennessee 38103. No orders have been issued by the state court, and the Complaint is the only pleading filed with the state court that asserts any cause of action.

---

[6] *Id.*, at 15.

WHEREFORE, notice is hereby given that this action is removed from the Chancery Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis to the United States District Court for the Western District of Tennessee. Arch Entities respectfully request that this Court accept subject matter jurisdiction of this action, place this action on the docket of this Court, and for all other relief to which they may be justly entitled.

Respectfully submitted,

Jill A. Schaar **
Texas State Bar No. 17719870
jschaar@lockelord.com
Thanh N. Le **
Texas State Bar No. 24097978
thanh.le@lockelord.com
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
(713) 226-1200 (Phone)
(713) 223-3717 (Fax)

*and*

*/s/ Michael G. Derrick*
Michael G. Derrick (#14820)
mderrick@swlawpllc.com
Cindy Cole Ettingoff (#12602)
cettingoff@swlawpllc.com
SHUTTLEWORTH PLLC
6077 Primacy Parkway, Suite 200
Memphis, Tennessee 38119
(901) 526-7399 (Phone)
(901) 526-5056 (Fax)

** *Pro hac vice motions to be filed promptly*

**ATTORNEYS FOR DEFENDANTS ARCH INSURANCE COMPANY AND ARCH INDEMNITY INSURANCE COMPANY**

5

## **CERTIFICATE OF SERVICE**

I certify that a copy of Defendants' Notice of Removal was served via e-serve in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on the 16th day of May 2024:

Adam M. Nahmias
adam@lnlawmemphis.com
LAW OFFICES OF LIBBY & NAHMIAS
5384 Poplar Ave, Suite 410
Memphis, Tennessee 38119

*Attorney for Plaintiff Memphis in May*
*International Festival, Inc.*

*/s/ Michael G. Derrick*
Michael G. Derrick